IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **WSOU INVESTMENTS, LLC D/B/A** | § | |
| **BRAZOS LICENSING AND** | § | **CIVIL ACTION 6:21-cv-00154-ADA** |
| **DEVELOPMENT,** | § | |
| *Plaintiff*, | § | **JURY TRIAL DEMANDED** |
| | § | |
| | § | |
| **v.** | § | |
| | § | |
| | § | |
| **NETGEAR, INC.,** | | |
| *Defendant.* | | |

## [PROPOSED] ORDER GRANTING DISMISSAL WITHOUT PREJUDICE

The request to dismiss this matter without prejudice is hereby GRANTED.

DATED: _____

_____
**ALAN D. ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**